# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUL 3 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

GLORIA PATRICIA TORREZ PANIAGUA,
a/k/a PATRICIA ALVAREZ

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT MEJ**

CASE NUMBER: 3 08 70490

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about <u>March 22, 2008</u> in <u>San Mateo County</u>, in the <u>Northern District</u> of <u>California</u>, defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for her own use or the use of another, in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a <u>Special Agent of the Diplomatic Security Service</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 U.S.C. Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
    Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Warrant of Arrest Requested:    ☒ Yes ☐ No
    Bail Amount: N/A

_____
Signature of Complainant, Jeffrey C. Dubsick

Sworn to before me and subscribed in my presence,

July 30, 2008                       at          San Francisco, California
Date                                            City and State

**Maria-Elena James**
**United States Magistrate Judge**         _____
Name & Title of Judicial Officer            Signature of Judicial Officer

NORTHERN DISTRICT OF CALIFORNIA     )
                                    ) ss. AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO    )


AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT CHARGING
GLORIA PATRICIA TORREZ PANIAGUA
A/K/A PATRICIA ALVAREZ,
WITH VIOLATING 18 U.S.C. 1542,
FALSE STATEMENTS IN APPLICATION AND USE OF PASSPORT

I, Jeffrey C. Dubsick, as a duly sworn federal law enforcement officer, hereby depose and state as follows:

**Purpose**

This Affidavit is made in support of a Complaint against GLORIA PATRICIA TORREZ PANIAGUA, a/k/a PATRICIA ALVAREZ, for a violation of Title 18 U.S.C. Section 1542 – False Statement(s) in an application for a passport.

The statements set forth below are submitted to establish probable cause that GLORIA PATRICIA TORREZ PANIAGUA, a/k/a PATRICIA ALVAREZ, has violated Title 18 U.S.C. Section 1542. These statements are based upon my personal knowledge, the review of various records and documents obtained during this investigation, interviews conducted during this investigation, and discussions with other law enforcement officers. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

**Affiant Background**

I am a Special Agent employed by the U.S. Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants. I have a bachelor's degree from the University of California and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since December 2004, and have received and receive, on an ongoing basis, training in the laws, rules and regulations concerning passports, visas, and other citizenship documents. My previous investigations have resulted in at least 45 convictions for passport fraud or a related offense.

**Relevant Statute**

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a

United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisonment not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

**Facts Supporting Probable Cause**

1. On or about March 22, 2008, GLORIA PATRICIA TORREZ PANIAGUA ("TORREZ PANIAGUA" or "defendant") submitted a DS-11 application for a United States passport (Application # 059738352) at the San Mateo Post Office, which is located in the Northern District of California. TORREZ PANIAGUA listed her name in the passport application as PATRICIA ALVAREZ. The application included a photograph and Social Security Number (ending in digits 6751). As proof of citizenship and identity, TORREZ PANIAGUA presented an original California Birth Certificate (No. 66465AA), bearing the name PATRICIA ALVAREZ, and a California Driver's License (No. A6162674) bearing the name PATRICIA TORREZ ALVAREZ. The passport application listed the following information:

Name: PATRICIA ALVAREZ
Birth date: XX/XX/1967
Place of birth: San Mateo, California
Father's Name: Francisco Javier Alvarez
Father's Place of Birth: Mexico
Mother's Name: Ofelia Ebarra
Mother's Place of Birth: Mexico
Social Security Number: XXX-XX-6751
Address: XXXX Victoria Way, Pacifica, CA
Countries to be Visited: Mexico
California Driver's License: A6162674

2. During adjudication of this passport application, State Department Officers learned they had already issued a passport to a PATRICIA ALVAREZ in 2003 in Fremont, California, that contained the same Social Security Number, Date of Birth, Place of Birth, and parent's information as listed in Application # 059738352. In other words, two people applied for a passport using the same personal identifying information, one in Fremont in 2003 and one in Pacifica in 2008.

3. On July 21, 2008, and other dates, your affiant reviewed both PATRICIA ALVAREZ passport applications and related State Department records. Your affiant opined that the two passport applications contain photographs of different people. Your affiant opined the PATRICIA ALVAREZ who applied in Fremont in 2003 was the real and true person, and the 2008 Pacifica applicant, TORREZ PANIAGUA, was the imposter. Your affiant opined this because the Fremont applicant had her brother, Sergio Alvarez, vouch for her identity under oath to State Department Officers.

4. On July 21, 2008, and other dates, your affiant reviewed property records for the permanent address listed on the 2008 Pacifica passport application, XXXX Victoria Way, Pacifica, CA. Your affiant learned this residence is owned in part by a GLORIA TORRES. Your affiant then reviewed records on file at a commercial database and identified this GLORIA TORRES' birth date, XX/XX/1960.

5. On July 22, 2008, and other dates, your affiant reviewed records on file at the California Department of Motor Vehicles for all GLORIA TORRES' with a date of birth of XX/XX/1960 and located a 1997 California Driver's License for GLORIA PATRICIA TORREZ PANIAGUA (No. B8130066). Note that in some places TORRES is spelled with a "Z" and other places with an "S." Your affiant then obtained a photograph from that California Driver's License (No. B8130066) and compared it with the 2008 Pacifica passport applicant's photograph. This comparison revealed the persons in both photographs to be one and the same.

6. In other words, an address in Pacifica and a photographic comparison identify the 2008 Pacifica passport applicant as being the imposter, and her true name as being GLORIA PATRICIA TORREZ PANIAGUA. As listed above, TORREZ PANIAGUA stated she wants the passport to travel to Mexico. This information leads your affiant to believe that TORREZ PANIAGUA is likely a Mexican national who does not have permission to reside in the United States.

**Conclusion**

I respectfully submit that the above presented facts establish probable cause to believe that GLORIA PATRICIA TORREZ PANIAGUA did willfully and knowingly make a false statement in support of an application for a passport when she submitted a passport application bearing the name PATRICIA ALVAREZ to a United States Post Office in San Mateo, California, in the Northern District of California, and submitted as proof of identity a California birth certificate and California Driver's License, and that she did so with the intent to induce or secure the issuance of a passport, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport.

//
//
//
//
//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Jeffrey C. Dubsick
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
On July 30, 2008

_____
The Honorable Maria-Elena James
U.S. Magistrate Judge
Northern District of California