1  JOSEPH RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9
                          UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,           )   No. CR 3-08-70490 MEJ
                                        )
14         Plaintiff,                   )
                                        )   [PROPOSED] ORDER AND
15     v.                               )   STIPULATION TO EXCLUDE TIME
                                        )   FROM JULY 31, 2008 TO AUGUST 29,
16 GLORIA PATRICIA TORREZ               )   2008
   PANIAGUA,                            )
17     a/k/a Patricia Alvarez,          )
                                        )
18         Defendant.                   )
                                        )
19

20     On July 31, 2008, the parties in this case appeared before the Honorable Maria Elena James

21 for an initial appearance. At that time, the parties stipulated that time should be excluded from

22 the Speedy Trial Act calculation and extended under Rule 5.1 of the Federal Rules of Criminal

23 Procedure from July 31, 2008 to August 29, 2008 to allow effective preparation of defense

24 counsel. Counsel for defendant is reviewing the evidence to determine whether a pre-charge

25 disposition is appropriate. Only after evaluating the evidence will counsel be in a position to

26 evaluate what disposition is an appropriate one. Moreover, defense counsel also informed

27 government counsel that he is unavailable for part of August and therefore time is also

28
   PROPOSED ORDER AND STIP.
   CR 3-08-70490 MEJ
                                                1

excludable for continuity of counsel.  The parties represented that granting the exclusion was reasonable, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: 8/20/08                    Geoff Hansen /s/ for Ron Tyler
                                  RON TYLER
                                  Counsel for Defendant


DATED: 8/20/08                              /s/
                                  WENDY THOMAS
                                  Special Assistant United States Attorney

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act and extended under Rule 5.1 of the Federal Rules of Criminal Procedure from July 31, 2008, to August 29, 2008, under 18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. § 3161(h)(8)(B)(iv) and F.R.C.P. 5.1.

IT IS SO ORDERED.

DATED:_____           _____
                                THE HON. MARIA ELENA JAMES
                                United States Magistrate Judge

PROPOSED ORDER AND STIP.
CR 3-08-70490 MEJ